UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

MICHAEL L. GUESS,                )
        Plaintiff                )
                                 )
             v.                  )   C.A. NO. 13-cv-30171-MAP
                                 )
MICHAEL J. ASHE, JR., ET AL.,    )
        Defendants               )

MEMORANDUM AND ORDER REGARDING
REPORT AND RECOMMENDATION OF DISMISSAL
(Dkt. No. 9)

February 24, 2014

PONSOR, U.S.D.J.

   This is an action brought by an inmate, or former inmate, of the Hampden County Jail and House of Corrections. Plaintiff sought to proceed in forma pauperis, and the complaint was screened by Magistrate Judge Kenneth P. Neiman, pursuant to 28 U.S.C. § 1915(e)(2).  Judge Neiman recommended that the complaint be dismissed based upon a failure to state a claim.  The conclusion of the Report and Recommendation admonished the parties that any objections to the Report and Recommendation would need to be filed within fourteen days.

   No objection was filed to the Recommendation.  However, on January 16, 2014, the mail sent by the court to Plaintiff containing the Report and Recommendation was returned as

undeliverable.  A plaintiff, even when representing himself, has an obligation to keep the court informed of his current address.  The failure to do this can rightly lead to dismissal.

In this case, the court, upon de novo review, hereby ADOPTS Judge Neiman's Report and Recommendation (Dkt. No. 9), based primarily upon its merits.  It is obvious that, even when read with generosity, the papers filed do not adequately set forth any claim for relief.  The defects in the complaint are exacerbated by the failure of Plaintiff to keep the court apprised of his current address and file a timely objection.

For the foregoing reasons, the complaint is ordered DISMISSED.  This case may now be closed.

It is So Ordered.

        /s/ Michael A. Ponsor
       MICHAEL A. PONSOR
       U. S. District Judge