# UNITED STATES DISTRICT COURT

## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL L. GUESS,  )<br>     Plaintiff  )<br>                      )<br>     v.          )<br>                      )<br>MICHAEL J. ASHE, JR., ET AL.,  )<br>     Defendant  ) | **C. A. NO.** 3: 13-cv-30171 -MAP |

## JUDGMENT IN A CIVIL CASE

Michael A. Ponsor, D.J.

[ ]   **Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[X]   **Decision by the Court**.  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

   **IT IS  ORDERED AND ADJUDGED**

**JUDGMENT** of dismissal pursuant to the court's memorandum and order entered this date, dismissing plaintiff's complaint.


                                              **ROBERT M. FARRELL**,
                                              CLERK OF COURT


Dated:   February 24, 2014              By  /s/ *Maurice G. Lindsay*
                                              Maurice G. Lindsay
                                              Deputy Clerk


(Civil Judgment of Dismissal- 4 (ptf v dft).wpd - 11/98)
         [jgm.]